CO-526
(12/86)

```
                                                FILED
                                              SEP 24 2007
                                         NANCY MAYER WHITTINGTON, CLERK
                                              U.S. DISTRICT COURT
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     )
                             )
                             )
         vs.                 )   Criminal No. 07-151 (RJL)
                             )
   Adam SWEANEY              )
                             )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
           Defendant

_____
     Counsel for defendant

I consent:

_____
    United States Attorney

Approved:

_____
           Judge