AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FILED
SEP 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Adam SWEANEY

**WAIVER OF INDICTMENT**

CASE NUMBER 07-151 (RJL)

I, _Adam Sweaney_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _Sept. 24, 2007_ prosecution by indictment and consent that the
                        | Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____