UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America            )
                                    )
       v.                           )    No. 07-151 (RJL)
                                    )
Adam Sweaney, *Defendant*_____)

CONSENT MOTION TO CONTINUE STATUS HEARING

Defendant, represented by undersigned counsel appointed by this Court under the Criminal Justice Act, and the United States jointly move this Court to continue the status hearing from Jan. 18, 2008, at 11:00 o'clock a.m. until a date in the week of April 21 or April 28, 2008, for the following reason.

Defendant is awaiting sentencing in the above-referenced case. The government is continuing its investigation of computer-related criminal conduct. In order for the defendant to present his case at sentencing in the light most favorable to him, and for the government to be able to allocate accurately with respect to defendant's criminal responsibility, the parties need additional time. They estimate that within ninety (90) days, they will have completed their work and be able to set the case for sentencing. In the circumstances, the parties move the Court to continue the status hearing.

Defendant further moves for permission not to be required to attend the hearing on the next scheduled date, so long as he otherwise remains in compliance with his conditions of pretrial release.

For scheduling purposes, counsel for defendant requests that the Court not schedule the next hearing at a time before 10 o'clock a.m., because of a continuing child-care responsibility of defense counsel.

A proposed Order is attached.

WHEREFORE, the parties jointly move the Court to grant said relief.

This pleading is,

Respectfully submitted,

NATHAN I. SILVER/#944314
Attorney for Adam Sweaney
P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (voice & fax)
Email: NISquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served this 17th day of January 2008 via electronic transmission through ECF upon asst. U.S. Attorney G. Bradley Weinsheimer, U.S. Attorney's Office, 555 4th Street NW, Washington DC 20530.

_____
*Nathan I. Silver*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | No. 07-151 (RJL) |
| | ) | |
| Adam Sweaney, *Defendant*._____ | ) | |

**ORDER**

It appearing from good cause shown in the parties' Consent Motion to Continue Status Hearing, and from other evidence before the Court in the record of this case, it shall be and hereby is this \_\_\_\_ day of January, 2008,

ORDERED, that the current Status Hearing now set for Jan. 18, 2008, at 11 o'clock a.m. is hereby CANCELLED, and it is further

ORDERED, that the next Status Hearing is hereby scheduled for _____, 2008, at _____ o'clock a.m./p.m., and it is further

ORDERED, that the defendant's appearance at the next Status Hearing shall be and is excused so long as defendant remains in compliance with his pretrial release conditions up to the date of the next scheduled Status Hearing.

_____
Hon. Richard J. Leon
United States District Court

Cc:   G. Bradley Weinsheimer, Esq.
      United States Attorney's Office
          for the District of Columbia
      555 4th Street NW
      Washington DC  20530

      Nathan I. Silver, Esq.
      P.O. Box 5757
      Bethesda, MD 20824-5757