UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL CASE NO. : 07-151 (RJL) |
| : | |
| v.  : | |
| : | |
| ADAM SWEANEY : | |
| : | |
| Defendant. : | |

**CONSENT MOTION TO UNSEAL PLEA AGREEMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for an order unsealing the plea agreement in this case. In support of its motion, the government states as follows:

The defendant in this case has entered a plea agreement, and at the government's request, the plea agreement was placed under seal. Defendant Sweaney now is expected to testify at a sentencing proceeding in another matter, and the government must disclose the plea agreement in that matter. The government already has disclosed to the defense in that case the existence of Adam Sweaney as a witness. Accordingly, there remains no need to keep the plea agreement under seal in this case. Counsel for defendant Sweaney has no opposition to this motion.

WHEREFORE, for all the foregoing reasons, the government respectfully requests that the plea agreement in this case be unsealed.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

　　　／s／
G. Bradley Weinsheimer
Assistant U.S. Attorney
Bar. No. 431796
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-6991

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL CASE NO. : 07-151(RJL) |
| | : | |
| v. | : | |
| | : | |
| **ADAM SWEANEY** | : | |
| | : | |
| Defendant. | : | |

# ORDER

Upon consideration of the consent motion to unseal the plea agreement in the above-captioned case, it is this _____ Day of July 2008,

**ORDERED**, that the Government's Motion is hereby **GRANTED** and the plea agreement shall be unsealed.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE