UNITED STATS DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: 1:07-CR-00151 (RJL) |
| | : | |
| v. | : | |
| | : | |
| **ADAM SWEANEY,** | : | |
| **Defendant.** | : | |

### CONSENT MOTION TO CONTINUE STATUS HEARING

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, and Adam Sweaney, by and through his attorney, Nathan Silver, respectfully request that the Court continue this matter for a further status hearing and state as follows:

1. Defendant Sweaney entered a guilty plea in this case which included as a condition his cooperation with the government. A status hearing is scheduled for July 11, 2008 in this matter.

2. The case in which the defendant is expected to cooperate is set for a sentencing hearing on July 11, 2008 in another jurisdiction, and defendant Sweaney is expected to testify at that hearing. Defendant Sweaney's cooperation with the government is likely to be completed with his testimony at the sentencing hearing. Accordingly, continuing the presently set status hearing would allow the parties to report to the court on the progress of defendant Sweaney's cooperation and whether this matter is ready to be referred for sentencing. A status hearing set for August 6, 7, or 8 would allow sufficient time for defendant Sweaney to complete his cooperation and for the parties to make a recommendation to the court as to how next to proceed.

3. Wherefore, the parties request that the currently set status hearing on July 11, 2008 be vacated and that a new status hearing be set on August 6, 7, 8, or on any other date convenient to the court and the parties.

Respectfully submitted on behalf of the parties,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

_____/S/_____
G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY
Bar Number 431796
555 4th Street, N.W., Room 3205
Washington, DC 20530
(202) 514-6991
Bradley.weinsheimer@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case 1:07-CR-00151 (RJL) |
| | : | |
| **v.** | : | |
| | : | |
| **ADAM SWEANEY,** | : | |
| Defendant. | : | |

**O R D E R**

Based on the representations of the parties in the consent motion to continue status hearing, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the status hearing set for July 11, 2008 is vacated and that this matter is set for a further status hearing on the _____ day of August 2008 at _____ a.m./p.m.

SIGNED this _____ day of July 2008.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE