UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. : 07-151(RJL) |
| v. | : | |
| ADAM SWEANEY | : | FILED |
| Defendant. | : | JUL 1 1 2008 |
| | | NANCY ___ WITTINGTON, CLERK U.S. DISTRICT COURT |

### ORDER

Upon consideration of the consent motion to unseal the plea agreement in the above-captioned case, it is this ___11___ Day of July 2008,

**ORDERED**, that the Government's Motion is hereby **GRANTED** and the plea agreement shall be unsealed.

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE